No. 278. NATIONAL LIFE & ACCIDENT INSURANCE CO. v. BREWER, FORMER COLLECTOR OF INTERNAL REVENUE;

No. 285. PIKE ET AL. v. WALKER (SUBSTITUTED FOR JAMES A. FARLEY), POSTMASTER GENERAL, ET AL.; and

No. 501. DOLLOFF v. UNITED STATES. November 10, 1941. The petitions for rehearing are denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications.

No. 352. GENERAL MOTORS CORP. ET AL. v. UNITED STATES. November 10, 1941. Petition for rehearing denied. The CHIEF JUSTICE, MR. JUSTICE MURPHY, and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.

No. —, original. EX PARTE EDWARD CASEBEER. November 10, 1941.

No. 108. IDENTIFICATION DEVICES, INC. v. UNITED STATES. November 10, 1941.

Nos. 121 and 122. WALLACE v. FISKE ET AL. November 10, 1941.

No. 133. KROUSE v. LOWDEN ET AL., TRUSTEES. November 10, 1941.

No. 140. BIRCKNER v. TILCH ET AL. November 10, 1941.

No. 175. CHEWNING v. DISTRICT OF COLUMBIA. November 10, 1941.